JANUARY 21, 1971

No. 6069. HARRIS v. CONNECTICUT. Sup. Ct. Conn. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.

JANUARY 25, 1971

No. 6098. WARD ET AL. v. WINSTEAD, COMMISSIONER OF PUBLIC WELFARE, ET AL. Appeal from D. C. N. D. Miss. dismissed for the reason that the notice of appeal was not timely filed pursuant to 28 U. S. C. § 2101 (b).

No. 846. FIRST NATIONAL CITY BANK v. BANCO NACIONAL DE CUBA. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for reconsideration in light of the views of the Department of State expressed in its letter dated November 17, 1970, and transmitted to this Court by the Solicitor General. In taking this action, the Court is expressing no views on the merits of the case.

No. 40, Orig. PENNSYLVANIA v. NEW YORK ET AL. Motion of State of Arizona for leave to intervene as a party defendant, and motion of State of Indiana for leave to intervene as a party plaintiff referred to Special Master. [For earlier orders herein, see, e. g., ante, p. 924.]

No. 48, Orig. MISSISSIPPI v. ARKANSAS. Motion for leave to file bill of complaint granted. Defendant allowed 60 days to answer or otherwise respond to complaint.